ILND 450 (Rev. 04/29/2016)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Patterson

Plaintiff(s),

v.

Saul

Defendant(s).

Case No. 3:18-cv-50400

Judge Jensen

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: Judgment is entered in favor of the Plaintiff. Plaintiff's motion for summary judgment is granted, the Government's motion is denied. The case is reversed and remanded for further proceedings.

---

This action was *(check one)*:

☐ tried by a jury with Judge                         presiding, and the jury has rendered a verdict.
☐ tried by Judge                                      without a jury and the above decision was reached.
☑ decided by Judge Jensen                            on a motion for summary judgment.

Date: 2/10/2020                    Thomas G. Bruton, Clerk of Court

                                   J. Koselke                    , Deputy Clerk